Home (/)      Search (/Business/Search)      Filings (/Business/Filings)

# Search » Business Filings

## Business Record Details »

« Back to Search Results

| File Amendment or Renewal (/Business/Amendments?filingGuid=2c6169bf-add4-e011-a886-001ec94ffe7f) |
|---|
| Order Copies |
| Order a Certificate (/Business/Certificates?businessMasterGuid=2c6169bf-add4-e011-a886-001ec94ffe7f&route=filing&productId=0c3dd338-fad3-e011-a886-001ec94ffe7f&originalFilingGuid=56dcc8aa-2ed5-e011-a886-001ec94ffe7f) |

**Minnesota Business Name**
**Diversified Credit, Inc.**

**Business Type**
**Business Corporation (Foreign)**

**MN Statute**
**303**

**File Number**
**113443**

**Home Jurisdiction**
**Florida**

**Filing Date**
**12/07/2001**

**Status**
**Active / In Good Standing**

**Renewal Due Date:**
**12/31/2014**

**Registered Office Address**
**901 Marquette Ave #1675**
**Mpls MN 55402 3275**
**USA**

**Registered Agent(s)**
**Incorp Services, Inc.**

**Chief Executive Officer**
**Charlotte Zehnder**
**10550 Deerwood Pk Blvd #309**
**Jacksonville FL 32256**
**USA**

**Home Business Name**
**Diversified Consultants, Inc.**

| Filing History | Renewal History |
|---|---|

**Filing History**

| | |
|---|---|
| 12/07/2001 | Original Filing - Business Corporation (Foreign) |
| 12/07/2001 | Business Corporation (Foreign) Business Name |

SCANNED
JUN 30 2014
U.S. DISTRICT COURT ST. PAUL

Exhibit A

| Date | Filing |
|---|---|
| 12/07/2001 | Business Corporation (Foreign) Home Name |
| 04/10/2007 | Registered Office and/or Agent (Global) - Business Corporation (Foreign) |
| 1/4/2013 | Registered Office and/or Agent - Business Corporation (Foreign) |

Office of the MN Secretary of State Home Page
(http://www.sos.state.mn.us)

System Requirements

The MBLS application works with the following web browsers:

- Microsoft Internet Explorer (version 7+)
- Mozilla Firefox (version 3.5+)
- Apple Safari (version 3+)
- Google Chrome

Additional MBLS Information

Terms & Conditions
(http://www.sos.state.mn.us/index.aspx?page=1667)
Contact Us
(http://www.sos.state.mn.us/index.aspx?page=42)
Frequently Asked Questions (FAQ)
(http://www.sos.state.mn.us/index.aspx?page=12)

Copyright 2011 | Secretary of State of Minnesota | All rights reserved

Home (/)      Search (/Business/Search)      Filings (/Business/Filings)

Search » Business Filings

# Business Record Details »

« Back to Search Results

| File Amendment or Renewal (/Business/Amendments?filingGuid=2c6169bf-add4-e011-a886-001ec94ffe7f) |
|---|
| Order Copies |
| Order a Certificate (/Business/Certificates?businessMasterGuid=2c6169bf-add4-e011-a886-001ec94ffe7f&route=filing&productId=0c3dd338-fad3-e011-a886-001ec94ffe7f&originalFilingGuid=56dcc8aa-2ed5-e011-a886-001ec94ffe7f) |

**Minnesota Business Name**
**Diversified Credit, Inc.**

Business Type
**Business Corporation (Foreign)**

MN Statute
**303**

File Number
**113443**

Home Jurisdiction
**Florida**

Filing Date
**12/07/2001**

Status
**Active / In Good Standing**

Renewal Due Date:
**12/31/2014**

Registered Office Address
**901 Marquette Ave #1675
Mpls MN 55402 3275
USA**

Registered Agent(s)
**Incorp Services, Inc.**

Chief Executive Officer
**Charlotte Zehnder
10550 Deerwood Pk Blvd #309
Jacksonville FL 32256
USA**

Home Business Name
**Diversified Consultants, Inc.**

| Filing History | Renewal History |

### Filing History

| | |
|---|---|
| 12/07/2001 | Original Filing - Business Corporation (Foreign) |
| 12/07/2001 | Business Corporation (Foreign) Business Name |

| | |
|---|---|
| 12/07/2001 | Business Corporation (Foreign) Home Name |
| 04/10/2007 | Registered Office and/or Agent (Global) - Business Corporation (Foreign) |
| 1/4/2013 | Registered Office and/or Agent - Business Corporation (Foreign) |

Office of the MN Secretary of State Home Page
(http://www.sos.state.mn.us)

System Requirements

The MBLS application works with the following web browsers:

- Microsoft Internet Explorer (version 7+)
- Mozilla Firefox (version 3.5+)
- Apple Safari (version 3+)
- Google Chrome

Additional MBLS Information

Terms & Conditions
(http://www.sos.state.mn.us/index.aspx?page=1667)
Contact Us
(http://www.sos.state.mn.us/index.aspx?page=42)
Frequently Asked Questions (FAQ)
(http://www.sos.state.mn.us/index.aspx?page=12)

Copyright 2011 | Secretary of State of Minnesota | All rights reserved

"A" 4



Home      Adjust font size

# Search Licensees (to find and verify a person or entity is licensed)

**State** Minnesota
**Board** Debt
**Inquiry Date** 12/31/2013 07:54 PM

## DIVERSIFIED CONSULTANTS INC

| | |
|---|---|
| Business Location Address | 10550 DEERWOOD PARK BLVD BLDG 309 JACKSONVILLE, Florida 32256 |
| Business Phone Number | 770-432-2505 |
| Fax Phone Number | |

## Licenses

### Collection Agency

| License Number | Original Issue Date | Status | Effective Date | Expiration Date |
|---|---|---|---|---|
| 20314465 | 02-20-2002 | Active | 02-20-2002 | 06-30-2014 |

### ⊕ Individual Associations

Displaying records 1 through 10 of 19

Next   10

| Full Name | License Number | License Type |
|---|---|---|
| ANNA , JAMIE | 40207118 | Debt Collector |
| ANNA , MICHAEL | 20475900 | Debt Collector |
| ARIAS , STEPHANIE | 40207117 | Debt Collector |
| BANKS , SHAWNTE | 40207122 | Debt Collector |
| BECK , SCOTT | 40207115 | Debt Collector |
| Bokham , Angkhanh | 40339266 | Debt Collector |
| BROWN , GWEN | 40163617 | Debt Collector |
| CALABRISOTTO , SALVATORE | 40339268 | Debt Collector |
| DAVIS , QUITAJI | 40341005 | Debt Collector |
| EMNAS , CATHERINE | 20475891 | Debt Collector |

Revise Inquiry   Cancel

Do not use your browser's back button or all your data will be lost.
You must disable your pop-up blocker to view reports, for instructions Click Here
For System related questions, Click Here
For State Licensing related questions, Click Here

Home | Help
Terms & Conditions of Use | Privacy Policy | Download Adobe Reader
Copyright © 2013 Pearson Education, Inc. or its affiliate(s). All rights reserved. pvuecopyright@pearson.com

Exhibit "B"



# Public Utility Commission of Texas

# ADAD Report

## DIVERSIFIED CONSULTANTS INC

### Permit No: 070122

**Type:** ADAD
**Permit Approved Date:** 3/28/2007
**Date Last Renewed:** 3/28/2013

### DBA Names

No DBA Records

### Contact Information

*Company / Physical (Mailing Address)*
DIVERSIFIED CONSULTANTS INC
MAVIS PYE
COMPLIANCE MANAGER
10550 DEERWOOD PARK BLVD
SUITE 309
JACKSONVILLE, FL 32256
**Web:** www.dcicollect.com
**Email:** info@dcicollect.com
**Phone:** 904-247-5500
**Toll Free:** 800-771-5361
**Fax:** 904-247-0660

*ADAD Physical Address*
DIVERSIFIED CONSULTANTS INC
MAVIS PYE
10550 DEERWOOD PARK BLVD
SUITE 309
JACKSONVILLE, FL 32256
**Email:** mavis@dcicollect.com
**Phone:** 904-694-3141
**Toll Free:** 800-771-5361
**Fax:** 904-247-0660

*ADAD Physical Address*
DIVERSIFIED CONSULTANTS INC
MAVIS PYE
10550 DEERWOOD PARK BLVD
SUITE 309
JACKSONVILLE, FL 32256
**Email:** mavis@dcicollect.com
**Phone:** 904-694-3141
**Toll Free:** 800-771-5361
**Fax:** 904-247-0660

*Mailing / PO Box*
DIVERSIFIED CONSULTANTS, INC
MAVIS PYE
COMPLIANCE MANAGER
10550 DEERWOOD PARK BLVD
SUITE 309
JACKSONVILLE, FL 32256
**Web:** www.dcicollect.com
**Email:** info@dcicollect.com
**Phone:** 904-247-5500
**Toll Free:** 800-771-5361
**Fax:** 904-247-0660

### Reports

2014
**ADAD Annual Report**
Submitted: 3/3/2014
Approved: 3/3/2014

2013
**ADAD Annual Report**
Submitted: 4/11/2013
Approved: 4/16/2013

2012
**ADAD Annual Report**
Submitted: 11/26/2012
Approved: 3/19/2013

2011
**ADAD Annual Report**
Submitted: 11/1/2011
Approved: 12/12/2011

Exhibit "C"

2010
**ADAD Annual Report**
**Submitted:** 11/10/2010
**Approved:** 11/18/2010

2009
**ADAD Annual Report**
**Submitted:** 11/9/2009
**Approved:** 11/18/2009

2008
**ADAD Annual Report**
**Submitted:** 1/15/2008
**Approved:** 11/6/2008

*End Report*

"C" 2



"C".3



January 14, 2013

R. Couch
1960 Cliff Lake Road, #270
Eagan, Minnesota 55122

Diversified Consultants, Inc
PO Box 551268
Jacksonville, FL 32256               Sent Priority Mail with Tracking

## NOTICE OF INTENT TO LITIGATE

Attention Legal Department

Beginning in November 2013 I received a number of calls from your company to my wireless phone.

The calls were placed with automatic telephone dialing system equipment, and were in direct violation of the Telephone Consumer Protection Act as you did not have my express consent to call my wireless phone much less using ATDS equipment.

As a result of your actions I am prepared to file suit in Federal District Court to seek damages for said violations and demand a trial by jury. I would also demand production of your outbound calling records to ascertain the total number of calls you placed to my wireless phone. I have documented in excess of 30 calls but I know there was more than that number made to my phone.

I would prefer to come to a reasonable settlement on these violations of my rights if I hear from you within ten days of your receipt of this letter and we can come to an agreement in that timeframe. Your response must be via email sent to rcouchbusiness@yahoo.com within the aforementioned timeframe to avoid the initiation of legal action against you.

As I am sure you are aware, litigation in the Federal Court can become rather onerous and expensive and I would prefer to reach an amicable solution to this matter and avoid that, however, I am prepared to file suit to recover damages if we cannot come to an agreement within the timeframe mentioned above. Please see the attached draft complaint I have prepared for filing with the court. I look forward to your timely response.

Sincerely,

R. Couch

R. Couch  
1960 Cliff Lake Road, #270  
Eagan, Minnesota 55122

Diversified Consultants, Inc  
PO Box 551268  
Jacksonville, FL 32256

Ms Mavis Kohn-Pye  
Diversified Consultants, Inc      January 29, 2014  
PO Box 551268  
Jacksonville, FL 32256      Sent Priority Mail with Delivery Status

## 2ND NOTICE OF INTENT TO LITIGATE

Attention Legal Department, and Ms Kohn-Pye

Beginning in November 2013 I received a number of calls from your company to my wireless phone. The calls were placed with automatic telephone dialing system equipment, and were in direct violation of the Telephone Consumer Protection Act as you did not have my express consent to call my wireless phone much less using ATDS equipment.

On January 14, 2014 I sent you a Notice of Intent to Litigate accompanied with a copy of a draft Complaint and attachments.

Ms Kohn-Pye emailed me on January 16, 2014 requesting the telephone number involved. That email was answered on January 16 and the number was provided.

To date I have received no further response from you and therefore you are leaving me little option but to file this suit. Especially as I have logged over 50 calls, which would amount to $75,000 in liability to you, including calls since you were notified and some of these calls were before 8am.

As stated previously, I would prefer to come to a reasonable settlement on these violations of my rights, outside of court. However, to date your actions and lack of communication do not indicate your willingness to address these issues.

Therefore, please contact me by email to rcouchbusiness@yahoo.com by February 7, 2014 to avoid the initiation of legal action against you.

I look forward to your timely response.

Sincerely,

R. Couch