UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CERTIFICATE OF SERVICE

RE:   R. Couch v. Diversified Consultants, Inc., Diversified Credit, Inc.
      Court File No.:  14-cv-02386 (SRN/JJK)

I hereby certify that on September 24, 2014, I caused the following documents:

Rule 26(f) Report

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

   Thomas H Schaefer
   tschaefer@erstad.com
   smorrison@erstad.com

   I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

   R. Couch
   1960 Cliff Lake Road, #270
   Eagan, MN 55122


Dated:  9/24/14                         s/Thomas H. Schaefer
                                        Thomas H. Schaefer (#0231587)